18-CR-134 (KAM)

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 23 2018 ★

BROOKLYN OFFICE

1. Title of Case: United States v. Donville Inniss, Ingrid Innes and Alex Tasker

2. Related Magistrate Docket Number(s): _____

3. Arrest Date: Inniss: 8/3/18. Innes and Tasker: unknown

4. Nature of offense(s):   ☒ Felony
                            ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): 18-cr-134 (KAM) – this is S-1

6. Projected Length of Trial:   Less than 6 weeks   ☒
                                 More than 6 weeks   ☐

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes   ☐ No

10. Have arrest warrants been ordered?   ☒ Yes   ☐ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

RICHARD P. DONOGHUE
United States Attorney

By: _____
Sylvia Shweder
Assistant U.S. Attorney
(718) 254-6092

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12