UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 18-CR-134 (S-2) (KAM)

UNITED STATES OF AMERICA
v.
DONVILLE INNISS, *ET AL.*

## NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF RONALD G. DEWAARD

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------

United States of America

                        Plaintiff(s),

        v.

Donville Inniss, et al.,

                        Defendant(s).

------------------------------------------------------------

18-CR-134 (S-2) (KAM)

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

I, Ronald G. DeWaard                                    , being duly sworn, hereby depose and say as follows:

1.    I am a(n) Partner            with the law firm of            Varnum, LLP            .

2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.    As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Michigan                                    .

4.    There are no pending disciplinary proceedings against me in any state or federal court True

5.    I Have not            been convicted of a felony. If you have, please describe facts and circumstances.

6.    I Have not            been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.    Attorney Registration Number(s) if applicable: P44117

8.    Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 18-CR-134 (S-2) (KAM) for Defendant, Ingrid Innes, for the purpose of responding to the United States' Motion (ECF No. 54) regarding whether a document created by Ingrid Innes, for her attorney, is protected by the attorney-client privilege.

Date 9/3/19

Grand Rapids            , MI

Signature of Movant  Ronald G. DeWaard

Firm Name Varnum, LLP

Address 333 Bridge Street, N.W., Suite 1700

Grand Rapids, MI 49504

Email rgdewaard@varnumlaw.com

Phone (616) 336-6000

**NOTARIZED**

Subscribed and sworn to before me this 3rd day of September, 2019.

*Susan M. Nawara*

SUSAN M. NAWARA
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires: August 17, 2024
Acting in the County of Kent