UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 18-CR-134 (S-2) (KAM)

UNITED STATES OF AMERICA
v.
DONVILLE INNISS, *ET AL.*

# NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF RONALD G. DEWAARD

# EXHIBIT B

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Ronald G. Dewaard, P44117 of Grand Rapids, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 15, 1990 in Kent County and became a member of the State Bar of Michigan on November 15, 1990.



Janet K. Welch, Executive Director
August 30, 2019